BEFORE THE SECOND DIVISION, SEPTEMBER 24, 1964

No. 68789.—Arnold Schwinn & Company v. United States, protests 62/6522–12701 and 62/18557–12962 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

No. 68790.—Burrows Equipment Company et al. v. United States, protests 62/11473–12921, etc. (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of vitascopes and parts similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (52 Cust. Ct. 20, C.D. 2428), the claim of the plaintiffs was sustained.